TOWN OF HAMDEN ET AL. *v.* LEE S. BRADY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 17920) is denied.

*Lee S. Brady*, in support of the petition.

*Barbara G. Lifton*, in opposition.

Decided May 7, 1998